UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY H.,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

CASE NO. C18-1577-RBL-BAT

**REPORT AND RECOMMENDATION**

    Plaintiff Rodney H. has appealed the denial of his application for disability benefits. Dkt. 1. The parties stipulate that the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

    On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to: (1) take any steps to fully develop the administrative record; (2) provide plaintiff an opportunity for a new hearing and to submit additional evidence in support of his claim; (3) evaluate the opinion evidence of record, including the opinion of Ignatius Medani, M.D.; (4) reevaluate plaintiff's residual functional capacity; and, (5) if warranted, obtain supplemental vocational expert evidence or otherwise comply with Social Security Ruling 00-4p to resolve apparent conflicts and articulate the resolution of any apparent conflicts between the jobs identified and the

REPORT AND RECOMMENDATION - 1

Dictionary of Occupational Title. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Ronald B. Leighton immediately approve this Report and Recommendation and order the case reversed and remanded for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 22nd day of March, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2